■ EILEEN MALAY, Appellant, v CITY OF SYRACUSE, Respondents. [978 NYS2d 707]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Valentino, JJ.